# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                     :
                                              :
        Plaintiff,                :
                                              :
        v.                        :    Criminal Action No. 07- 128m-JJF
                                              :
NUMED, INC. and ALLEN J. TOWER, SR.,          :
                                              :
        Defendants.               :

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to seal the Information in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 27, 2007

IT IS SO ORDERED this _____27_____ day of _____July_____, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge

FILED

JUL 27 2007