IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-128M-JJF |
| NUMED, INC. and ALLEN J. TOWER, SR., | : |
| Defendants. | : |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Information and related file in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: *[signature]*
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 30, 2007

**IT IS SO ORDERED** this __30__ day of __July__, 2007.

FILED
JUL 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*[signature]*
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge