IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CRIMINAL NO. 07-128M-02 |
| ALLEN J. TOWER, SR. | : |
| Defendant, | : |

## SATISFACTION OF JUDGMENT

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                                                        COLM F. CONNOLLY
                                                        United States Attorney

By: _____
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov

January 31, 2008